ORIGINAL

FILED
JUL 17 2007
U.S. COURT OF
FEDERAL CLAIMS

**DISCLOSURE STATEMENT UNDER RCFC 7.1**

In accordance with RCFC 7.1 undersigned counsel for Plaintiff Axiom Resource Management, Inc. certifies that the Plaintiff is a nongovernmental corporation. The Plaintiff has no parent corporation and no publicly held corporation owns 10% or more of its stock.

07-532 C

James S. DelSordo