ORIGINAL

FILED
JUL 17 2007
U.S. COURT OF FEDERAL CLAIMS

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

AXIOM RESOURCE MANAGEMENT, INC.

Plaintiff,

v.

THE UNITED STATES

Defendant.

CoFC No. 07-532 C
**BID PROTEST**

**MOTION FOR PRELIMINARY INJUNCTION**

**COMES NOW** the Axiom Resource Management, Inc. ("Axiom"), by and through undersigned counsel, and hereby files this Motion for Preliminary Injunction under Fed. R. Civ. P. 65(a) and the Rules of the United States Court of Federal Claims. As more fully described in the Memorandum in Support of Axiom's Motion for Preliminary Injunction, filed concurrently herewith, the Court should enjoin the Department of the Army (the "Army") from commencing or continuing performance of any contract awarded to Lockheed Martin Federal Healthcare ("LMFH") under Request for Quotations No. 154160 under the GSA Mission Oriented Business Improvement Services ("MOBIS") Federal Supply Schedule to provide program management support services to the TRICARE Acquisitions Directorate ("TAD") of the TRICARE medical care system.

**WHEREFORE** Plaintiff respectfully requests that the Court issue an order immediately enjoining the Government from taking the actions described above or in the alternative enjoining the Army from employing the funds obligated to the performance of

a contract to provide the services required under Request for Quotations No. 154160 or any contract awarded to LMFH, or any entity other than the Plaintiff for these services.

Respectfully submitted,

Date: July 16, 2007

By: ______________________

James S. DelSordo, Esq.
Argus Legal, LLC
9255 Center St.
Suite 307
Manassas, VA 20110
(703) 368-8770
fax (703) 368-8772

Counsel for Plaintiff Axiom Resource Management, Inc.

**CERTIFICATE OF SERVICE**

I hereby certify that on this 16th day of July 2007, a copy of the foregoing Motion for Preliminary Injunction was served by telecopy and first class mail on:

Counsel for the Army, LTC James Lewis, Esq., U.S. Army, Contact and Fiscal Law Division, 901 N. Stuart St., Suite 500, Arlington, VA 22203, fax (703) 696-1535;

Counsel for the United States Lisa Aiken, Esq., United States Department of Justice, Commercial Litigation Branch, 1100 L Street, N.W., Washington, DC 20530, fax (202) 305-7644; and

Daniel R. Signore, Contracting Officer, U.S. Army Medical Research Acquisition Activity, Fort Detrick, Maryland, fax (301) 619-2195.

James S. DelSordo