# In the United States Court of Federal Claims

No. 07-532C

Filed: July 17, 2007

| | |
|---|---|
| AXIOM RESOURCE MANAGEMENT, INC., | * |
| Plaintiff, | * |
| v. | * |
| THE UNITED STATES, | * |
| Defendant. | * |

## ORDER

The court hereby orders the Government to file the Administrative Record on CD-ROM on or before July 23, 2007.

**IT IS SO ORDERED.**

**s/Susan G. Braden**
**SUSAN G. BRADEN**
**Judge**