# In the United States Court of Federal Claims

No. 07-532C
Filed: July 19, 2007

*************************************

AXIOM RESOURCE MANAGEMENT, INC.,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

*************************************

## SCHEDULING ORDER

Pursuant to the parties' request, the court hereby enters the following schedule:

1. Administrative Record. Pursuant to RCFC 52.1(a), the Administrative Record will be filed on or before July 23, 2007.

2. Dispositive Motions. Pursuant to RCFC 52.1(b), Plaintiff will file a Motion for Judgment on the Administrative Record on July 25, 2007. The Government will file a Response and Cross-Motion on August 3, 2007.

3. Oral Argument. Oral argument will be held on August 7, 2007 at 2:30 pm. Oral argument will be held at the National Courts Building, 717 Madison Place N.W., Washington, D.C. 20005.

**IT IS SO ORDERED.**

**s/Susan G. Braden**
**SUSAN G. BRADEN**
**Judge**