**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| AXIOM RESOURCE MANAGEMENT, INC., | ) | |
| | ) | |
| Plaintiff, | ) | No. 07-532C |
| | ) | bid protest |
| v. | ) | (Judge Susan G. Braden) |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant, | ) | |
| | ) | |

**NOTICE OF APPEARANCE**

To the Clerk:

Please enter the appearance of William G. Kanellis as attorney of record for the United States. Service of all papers by opposing parties should be addressed as follows:

William G. Kanellis
Trial Attorney
Commercial Litigation Branch
Civil Division
United States Department of Justice
Washington, D.C. 20530

Attention: Classification Unit
1100 L Street, N.W.
Room 8032

Dated: July 24, 2007

William G. Kanellis
Trial Attorney
Commercial Litigation Branch
Civil Division
Tel: (202) 353-0526
Fax: (202) 514-8640

CERTIFICATE OF FILING

I hereby certify that on this 24th day of July, 2008, a copy of the foregoing "NOTICE OF APPEARANCE" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ William G. Kanellis