# In the United States Court of Federal Claims

No. 07-532C

Filed: July 24, 2007

*************************************

AXIOM RESOURCE MANAGEMENT, INC.,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

*************************************

**ORDER**

Pursuant to the parties' July 24, 2007 telephone request, the court hereby orders that Plaintiff's counsel may transmit the September 8, 2006 letter at Tab 39 of the Administrative Record to Plaintiff for its review. Plaintiff will not release the document to third parties or use the document outside of this litigation without prior permission from the court.

**IT IS SO ORDERED.**

**s/Susan G. Braden**
**SUSAN G. BRADEN**
**Judge**