# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| AXIOM RESOURCE MANAGEMENT, INC.<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES<br><br>Defendant. | CoFC No. 07-532C<br>**BID PROTEST**<br>(JUDGE BRADEN) |

## PLAINTIFF'S MOTION FOR JUDGMENT ON THE ADMINISTRATIVE RECORD

**COMES NOW** the Axiom Resource Management, Inc. ("Axiom"), by and through undersigned counsel, and hereby files this Motion for Judgment on the Administrative Record under RCFC 56.1. As more fully described in the Memorandum in Support of Axiom's Motion for Judgment on the Administrative Record, filed concurrently herewith, the Court should enjoin the Department of the Army (the "Army") from commencing or continuing performance of any contract awarded to Lockheed Martin Federal Healthcare ("LMFH") under Request for Quotations No. 154160 (the "RFQ") under the GSA Mission Oriented Business Improvement Services ("MOBIS") Federal Supply Schedule to provide program management support services to the TRICARE Acquisitions Directorate ("TAD") of the TRICARE medical care system.

Specifically, the Army has failed to comply with the terms and requirements 48 CFR Part 9.5 and the RFQ in the award of the contract under the RFQ to LMFH a company which has an unmitigated organizational conflict of interest and cannot be

permitted to perform the services required under the RFQ. The Army's decision in this regard was arbitrary and capricious in that it was a violation of 48 CFR § 9.504(e).

**WHEREFORE** Plaintiff respectfully requests that the Court issue an order immediately enjoining the Government from taking the actions described above or in the alternative enjoining Army from employing the funds obligated to the performance of a contract to provide the services required under the RFQ of any contract awarded to LMFH or any other source with an unmitigated OCI.

Respectfully submitted,

Date: 7/25/07

By:

James S. DelSordo, Esq.
Argus Legal, LLC
9255 Center St.
Suite 307
Manassas, VA 20110
(703) 368-8770
fax (703) 368-8772

Counsel for Plaintiff Axiom Resource Management, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that on this 25th day of July 2007, a copy of the foregoing Motion for Judgment on the Administrative Record was served by electronic and first class mail on Counsel for the United States William G. Kanellis, Esq., United States Department of Justice, Commercial Litigation Branch, 1100 L Street, N.W., Room 8032, Washington, DC 20530.

James S. DelSordo