IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| AXIOM RESOURCE MANAGEMENT, INC.<br>Plaintiff,<br>v.<br>THE UNITED STATES<br>Defendant. | CoFC No. 07-532C<br>**BID PROTEST**<br>(JUDGE BRADEN) |

## MOTION TO SUPPLEMENT THE RECORD AND REQUEST FOR EXPRESS CONSIDERATION

**COMES NOW** the Axiom Resource Management, Inc. ("Axiom"), by and through undersigned counsel, and hereby files this Motion to Supplement the Record in this matter. As more fully described in the Memorandum in Support of Axiom's Motion to Supplement the Record, filed concurrently herewith, the Court should permit Axiom to supplement the record with certain documents that are necessary for the Court to have a complete understanding of the issues in dispute in this matter as well as the procurement from which this protest arises additionally, the Court's rules state that these documents should be included in the record here.

Specifically, Axiom seeks to add certain documents which were submitted to the Government Accountability Office ("GAO") in the prior protest of this matter, Axiom Resource Management, Inc., B-298870.3 *et al.*, and were addressed in the GAO's decision in that protest. Additionally, Axiom seeks to include its Supplemental Protest and its Comments therein which was filed with the GAO in the prior proceeding. Finally, Axiom seeks to include a new affidavit addressing the Court's questions raised in the initial conference call in this matter.

**Request for Express Consideration**

Due to the compressed pleading schedule set forth for this litigation in the Court's Scheduling Order, dated July 19, 2007, Axiom respectfully requests that the Court consider this matter on an expedited basis. Were the Court to follow the normal briefing schedule on motions set forth in CFCR 7.2, the issues raised by the present motion could not be resolved before the completion of the main briefing schedule and the hearing scheduled for August 7, 2007. Therefore, Axiom respectfully requests that the Court resolve this matter within sufficient time so that Axiom may use the materials supplementing the record in its briefings before the Court and at the scheduled hearing.

**WHEREFORE** Plaintiff respectfully requests that the Court issue an order supplementing the record with the documents described and accompanying Axiom's brief supporting this motion.

Respectfully submitted,

Date: 7/25/07

By: ______________________

James S. DelSordo, Esq.
Argus Legal, LLC
9255 Center St.
Suite 307
Manassas, VA 20110
(703) 368-8770
fax (703) 368-8772

Counsel for Plaintiff Axiom Resource Management, Inc.

# CERTIFICATE OF SERVICE

I hereby certify that on this 25th day of July 2007, a copy of the foregoing Motion to Supplement the Record and Request for Express Consideration was served by electronic and first class mail on Counsel for the United States William G. Kanellis, Esq., United States Department of Justice, Commercial Litigation Branch, 1100 L Street, N.W., Room 8032, Washington, DC 20530.

James S. DelSordo