# In the United States Court of Federal Claims

No. 07-532C
Filed: July 27, 2007

*************************************
AXIOM RESOURCE MANAGEMENT, INC.,

Plaintiff,

v.

THE UNITED STATES,

Defendant.
*************************************

## ORDER

Pursuant to the July 27, 2007 telephone status conference and upon consideration of Plaintiff's July 25, 2007 Motion to Supplement the Administrative Record, the Government's July 27, 2007 Response, and Plaintiff's July 27, 2007 Reply, the court hereby grants Plaintiff's Motion.

**IT IS SO ORDERED.**

**s/Susan G. Braden**
**SUSAN G. BRADEN**
**Judge**