# In the United States Court of Federal Claims

No. 07-532C

Filed: December 3, 2007

| | |
|---|---|
| AXIOM RESOURCE MANAGEMENT, INC., | * |
| Plaintiff, | * |
| v. | * |
| THE UNITED STATES, | * |
| Defendant, | * |
| and | * |
| LOCKHEED MARTIN FEDERAL HEALTH INSURANCE, INC., | * |
| Movant for Intervention. | * |

## ORDER

Lockheed Martin's November 16, 2007 Motion to Intervene is hereby granted.

**IT IS SO ORDERED.**

**s/Susan G. Braden**
**SUSAN G. BRADEN**
**Judge**