# In the United States Court of Federal Claims

**No. 07-532 C**

**AXIOM RESOURCE MANAGEMENT, INC.,**
**Plaintiff,**

**JUDGMENT**

**v.**

**THE UNITED STATES**,
**Defendant,**
**and**

**LOCKHEED MARTIN FEDERAL HEALTH INSURANCE INC.,**
**Defendant-Intervenor.**

Pursuant to the court's Memorandum Opinion and Final Order Granting Limited Injunctive Relief, filed February 26, 2008, granting, in part, Plaintiff's July 25, 2007 Motion for Judgment on the Administrative Record,

IT IS ORDERED AND ADJUDGED this date, pursuant to Rule 58, that the United States Army's contract award to Lockheed Martin Federal Health Insurance, Inc., for Request For Quotation No. 154160, is set aside, effective July 21, 2008. Plaintiff may move for bid preparation and proposal costs, pursuant to 28 U.S.C. §1491(b)(2), and for other costs, pursuant to 28 U.S.C. §1920. In addition, if Plaintiff qualifies, Plaintiff may move for an award of attorneys' fees and expenses under the Equal Access to Justice Act, 28 U.S.C. §2412(b).

John S. Buckley
Acting Clerk of Court

**February 27, 2008** By: s/Lisa L. Reyes

Deputy Clerk

NOTE: As to appeal, 60 days from this date, see RCFC 58.1, re number of copies and listing of all plaintiffs. Filing fee is $455.00.