**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
**BID PROTEST**

| | | |
|---|---|---|
| AXIOM RESOURCE MANAGEMENT, INC., | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| UNITED STATES, | ) | No. 07-532 C |
| Defendant, | ) | (Judge Braden) |
| and | ) | |
| LOCKHEED MARTIN FEDERAL HEALTH INSURANCE, INC., | ) | |
| Intervenor-Defendant. | ) | |

**LOCKHEED MARTIN'S MOTION TO CORRECT PARTY NAME**

Intervenor respectfully requests that its name, as reflected in the caption of this lawsuit, be changed to reflect the proper name of the Lockheed Martin subsidiary with an interest in this lawsuit:

**Lockheed Martin Federal Healthcare, Inc.**

(The name "Lockheed Martin Federal Health Insurance, Inc." should be replaced with " Lockheed Martin Federal Healthcare, Inc.") Lockheed Martin Federal Healthcare, Inc. is a wholly-owned subsidiary of Lockheed Martin Corporation, and it both submitted the relevant proposal for the TRICARE Management Activity contract at issue in this protest and prevailed in that procurement competition. Accordingly, it is the proper name of the intervenor in this lawsuit, and we

respectfully request that the record be corrected to reflect the proper name of the intervenor.

Respectfully submitted,

s/ Marcia G. Madsen

MARCIA G. MADSEN
MAYER BROWN LLP
1909 K Street, NW
Washington, D.C. 20006
(202) 263-3000
(202) 263-3300 Facsimile

Of Counsel:
LUKE LEVASSEUR
MELISSA BAKER
MAYER BROWN LLP
Washington, D.C.
*Counsel for Intervenor*
April 25, 2008