ORIGINAL

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
**BID PROTEST**

FILED
APR 25 2008
U.S. COURT OF FEDERAL CLAIMS

AXIOM RESOURCE MANAGEMENT, INC., )
Plaintiff, )
v. )
UNITED STATES, )
Defendant, )
and )
LOCKHEED MARTIN FEDERAL HEALTH INSURANCE, INC., )
Intervenor-Defendant. )

No. 07-532 C
(Judge Braden)

**LOCKHEED MARTIN'S NOTICE OF APPEAL**

Notice is hereby given that defendant-intervenor[1] appeals to the United States Court of Appeals for the Federal Circuit from the decision in No. 91-1550C, including (but not limited to): (1) the order granting supplementation of the administrative record, dated July 27, 2007; (2) the published memorandum opinion and order, dated September 28, 200; (3) the published memorandum opinion and final order granting limited injunctive relief, entered February 26, 2008; and (4) the judgment setting assigned the contract awarded to Lockheed Martin Federal Health Insurance, Inc. for Request for Quotation No. 154160, entered February 27, 2008.

---

[1] Immediately before the submission of this notice, intervenor submitted its "motion to correct party name," asking that the record be corrected to reflect the actual name of the Lockheed Martin subsidiary at issue in this procurement, *i.e.*, Lockheed Martin Federal Healthcare, Inc. Because that motion has not yet been granted, we have left the incorrect name in the caption of the case.

Respectfully submitted,

MARCIA G. MADSEN
MAYER BROWN LLP
1909 K Street, NW
Washington, D.C. 20006
(202) 263-3000
(202) 263-3300 Facsimile

Of Counsel:
LUKE LEVASSEUR
MELISSA BAKER
MAYER BROWN LLP
Washington, D.C.
*Counsel for Movant / Intervenor, Lockheed Martin Federal Health Insurance, Inc.*
April 25, 2008

## CERTIFICATE OF SERVICE

I certify under penalty of perjury that on this 25th day of April 2008, I caused to be served by facsimile and first-class mail, postage prepaid, one copy of Plaintiff's NOTICE OF APPEAL upon the following:

Williams Kanellis
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit, 8th Floor
Washington, D.C. 20530

James S. DelSordo
Argus Legal, LLC
9255 Center St., Suite 307
Manassas, VA 20110

Marcia G. Madsen