ORIGINAL

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

FILED
APR 25 2008
U.S. COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| AXIOM RESOURCE MANAGEMENT, INC., | ) | |
| | ) | |
| Plaintiff, | ) | No. 07-532C |
| | ) | Bid Protest |
| v. | ) | (Judge Braden) |
| | ) | |
| THE UNITED STATES, | ) | **Protected Information To Be** |
| | ) | **Disclosed In Accordance With** |
| Defendant, | ) | **United States Court Of Federal** |
| | ) | **Claims Protective Order** |

**DEFENDANT'S NOTICE OF APPEAL**

Notice is hereby given that defendant, the United States, appeals to the United States Court of Appeals for the Federal Circuit from the judgment in No. 07-532C, entered on February 26, 2008, including (but not limited to): (1) the published opinion and order for entry of final judgment in No. 07-532C, entered on February 26, 2008; (2) the published opinion and order in No. 07-532C entered on September 28, 2007; and (3) the published opinion and order in No. 07-532C, entered on December 20, 2007.

Respectfully submitted,

MICHAEL F. HERTZ
Deputy Assistant Attorney General

JEANNE E. DAVIDSON
Director

KIRK T. MANHARDT
Assistant Director

OF COUNSEL:

LTC JAMES A. LEWIS
Chief, Trial Team I
U.S. Army Legal Services Agency
901 Stuart Street, Suite 500
Arlington, VA 22203

William G Kanellis /by Roger A Hr

WILLIAM G. KANELLIS
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit,
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tel: (202) 353-0526
Fax: (202) 514-8640

Dated: April 24, 2008

Attorneys for Defendant

**CERTIFICATE OF SERVICE**

I hereby certify that on this 24th day of April, 2008, I caused to be placed in the United States mail (first class mail, postage prepaid) copies of "DEFENDANT'S NOTICE OF APPEAL" addressed as follows:

James Stephen Delsordo, Esq.
Argus Legal, LLC
9255 Center Street, Suite 307
Manassas, VA 20110