James S. DelSordo, Esq.
Admitted in Virginia and
The District of Columbia
delsordo@arguslawfirm.com

ARGUS LEGAL LLC

9255 Center Street - Suite 307
Manassas, Virginia 20110
T: (703) 368-8770
F: (703) 368-8772

July 2, 2008

VIA TELECOPY (202) 357-6401 ONLY

John Buckley
Acting Clerk of the Court
U.S. Court of Federal Claims
717 Madison Place, N.W.
Washington, DC 20005

Re: Protest of Axiom Resource Management, Inc.
Request for Proposals No. CMID 1174

Dear Mr. Buckley:

In compliance with Appendix C of the Rules of the Court of Federal Claims, Axiom Resource Management, Inc. ("Axiom") respectfully presents this notice of the proposed filing of a protest under 28 U.S.C. § 1491(b) concerning the terms of a solicitation and proposed procurement. Therefore, in accordance with the Court's rules, Axiom hereby provides the following information:

- The procuring agency is the United States Department of the Army (the "Army"). This protest relates to a procurement issued by the Army to perform the following support action for the Office of the Assistant Secretary of Defense (Health Affairs) and the TRICARE Management Activity ("TMA"): Program Management/T-3 Support for the TRICARE POLICY AND OPERATIONS DIRECTORATE (TPOD), TRICARE OPERATIONS DIVISION (TOD)/OFFICE OF THE GENERAL COUNSEL to perform – PROGRAM MANAGEMENT/T-3 SUPPORT RFP No. CMID 1174 (the "TPOD/OGC procurement") which is the same work that was the subject of prior litigation at the Court. See Axiom Resource Management, Inc. v. United States, 80 Fed. Cl. 530 (2008).

- The contracting officer responsible for this procurement is Barry Sayer. Mr. Sayer's telephone number is (301) 619-1163. Axiom believes the principal agency counsel responsible for this matter is Jay Winchester, Esq., (301) 619-7798.

- Axiom intends to seek a temporary restraining order and preliminary injunctive relief under CFCR 65. Counsel for Axiom has telephoned Department of Justice counsel to discuss this matter at the number presented in the Court's rules and

was put in contact with Mark Melnick and Kirk Manhardt. Neither of these individuals was available and counsel for Axiom left voicemails with both of them relaying the substance of the information in this correspondence. Copies of this letter have been sent via telefacsimile to both individuals.

- Axiom has filed a protest regarding the issues raised in this litigation at the Government Accountability Office ("GAO"). Axiom will ask the GAO to dismiss that protest

- Axiom believes it is necessary for the Court to enter a Protective Order in this matter.

- Axiom intends to file its Complaint for Declaratory Judgment and Injunctive Relief and Motion for Preliminary Injunction and Request for Temporary Restraining Order in this matter on July 2, 2008. The basis for the requested equitable relief is the failure of the Army to comply with the requirements of 48 C.F.R. Subparts 9.4. and 9.5 as well as the Army's creation of an unreasonable procurement timeline and proposal structure which creates an unequal competitive advantage favoring the incumbent contractor. Specifically, the Government has improperly determined that Axiom is the subject of an organizational conflict of interest ("OCI") and has effectively *de facto* debarred Axiom from submitting proposals to the Government for procurements under the TRICARE Evaluation, Analysis, and Management Support Program ("TEAMS"), Axiom Contract No. W81XWH-08-D-0024 multiple award contract. Axiom believes that this case is substantially related to a prior protest pending before Judge Braden and Axiom will file a Notice of Related Cases address the assignment of this matter to her chambers.

Because the agency's actions are arbitrary and capricious and contrary to the law, Axiom respectfully requests a hearing on its request for equitable relief at the earliest possible time. If you have any questions, please call. Thank you.

Sincerely,

James S. DelSordo

cc: Barry Sayer
Jay Winchester, Esq.
Kirk Manhardt, Esq.
Mark Melnick, Esq.